UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NADIA V. KOLCZAK,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. C13-1379-MJP-JPD<br><br>REPORT AND RECOMMENDATION |

    This matter comes before the Court upon the plaintiff's August 21, 2013 letter asking the Court to "cancel my request for a hearing. I no longer wish to proceed with the process." Dkt. 5 at 1. Plaintiff, who is proceeding *pro se* in this matter, previously indicated in her August 4, 2013 complaint that "I am in the process of interviewing attorneys to present my case to the Court." Dkt. 1 at 2.

    On August 26, 2013, the Court construed plaintiff's August 21, 2013 letter as a motion for voluntary dismissal of her complaint in this action. Specifically, the Court directed plaintiff to advise the Court within thirty (30) days from the date of this Order if she does not wish for this matter to be dismissed "in order to allow plaintiff sufficient time to retain an

REPORT AND RECOMMENDATION
PAGE - 1

attorney to represent her in this action, if desire[.]" Dkt. 6 at 1.  To date, plaintiff has not filed a response to the Court's Order.

Accordingly, the Court recommends that this matter be DISMISSED without prejudice.  A proposed order accompanies this Report and Recommendation.

DATED this 27th day of September, 2013.

JAMES P. DONOHUE
United States Magistrate Judge