1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NADIA V. KOLCZAK,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

Defendant.

Case No. C13-1379-MJP

ORDER OF DISMISSAL

The Court, after careful consideration of the plaintiff's complaint, the Report and

Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the

balance of the record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This matter is DISMISSED without prejudice.

    (3)    The Clerk of the Court is directed to send copies of this Order to the parties and

to Judge Donohue.

    DATED this 29th day of October, 2013.

Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL
PAGE - 1